# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **DIONE SCHWARTZ,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:23-cv-00482-RDP-NAD |
| **KIMBERLY NEELY,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On June 10, 2024, the Magistrate Judge entered a Report and Recommendation recommending that the court dismiss this petition for habeas relief as moot because Petitioner Schwartz had been released from custody. (Doc. 20). The Magistrate Judge advised the parties of their right to file objections to the Report and Recommendation within fourteen days (Doc. 20 at 5-6), but no objections have been filed and the time limitation for filing has expired.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court **ADOPTS** the Magistrate Judge's findings and **ACCEPTS** the recommendation. Accordingly, this petition for writ of habeas corpus is due to be dismissed without prejudice as moot.

A separate Final Judgment will be entered.

**DONE** and **ORDERED** this July 1, 2024.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE